IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 04-cv-2023-BNB-MJW

DEWAYNE MARTINEZ,

Plaintiff,

v.

WILLIAM SHEAR, Individually and in his Official Capacity as Sheriff,
RIGGINS, Individually and in his Official Capacity as Correctional Officer,
JENKINS, Individually and in his Official Capacity as Correctional Officer, and
MILLER, Individually and in his Official Capacity as Correctional Officer,

Defendants.

_____

**ORDER**
_____

This matter is before me on the Stipulation for Dismissal, filed September 2, 2005.

Consistent with the stipulation,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear his or her own costs and attorney's fees.

Dated September 2, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge